Windy PAYNE, individually and as guardian on behalf of; D.P., a minor child, Plaintiffs–Appellants,

v.

PENINSULA SCHOOL DISTRICT, a municipal corporation; Artondale Elementary School, a municipal corporation; Jodi Coy, in her individual

---

and official capacity; James Coolican, in his individual and official capacity; Jane Does 1–10; John Does 1–10, Defendants–Appellees.

No. 07–35115.

United States Court of Appeals, Ninth Circuit.

Sept. 7, 2010.

Thomas Brian Vertetis, Esquire, Gordon, Thomas, Honeywell, Malanca, Peterson & Daheim, LLP, Tacoma, WA, for Plaintiffs–Appellants.

Donald F. Austin, Esquire, Michael A. Patterson, Esquire, Patterson Buchanan Fobes Leitch & Kalzer, Inc., PS, Seattle, WA, for Defendants–Appellees.

▮

### ORDER

KOZINSKI, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Circuit Rule 35–3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.